# ALABAMA COURT OF CRIMINAL APPEALS



May 17, 2024

**CR-2023-0866**
Enrico Morris Cornley v. State of Alabama (Appeal from Montgomery Circuit Court:
CC-14-787.61)

## NOTICE

You are hereby notified that on May 17, 2024, the following action was taken
in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk